# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WITOLD KOWBEL, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA and AINSLEY CARRY, <br><br> Defendants. | Case No. 2:19-CV-02088 JAK (ASx) <br><br> **JUDGMENT** <br><br> **JS-6: Case Terminated** |

WHEREAS, on October 22, 2019, the motion of Defendants University of Southern California and Ainsley Carry to dismiss Plaintiff Witold Kowbel's Complaint was granted with prejudice;

WHEREAS, on November 1, 2019, Plaintiff filed a notice of appeal, which the Court later determined precluded the entry of judgment; and

WHEREAS, on December 9, 2019, the Ninth Circuit remanded to this Court for the limited purpose of considering Plaintiff's objections to the proposed judgment and entering final judgment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) Judgment is entered in favor of Defendants and against Plaintiff;

(2) Plaintiff shall take nothing from Defendants;

(3) The action is dismissed on the merits against Defendants; and

(4) Defendants may seek to recover their costs in an amount to be determined by the filing and approval of the appropriate application. The amount determined may be subject to a tax and/or interest at the legal rate as provided by law.

IT IS SO ORDERED.

Dated: December 11, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE